**Thomas P. WEHDE, et al., Respondents,**

v.

**Robert LANSING, Appellant.**

**No. ED 96142.**

Missouri Court of Appeals,
Eastern District,
Northern Division.

Oct. 11, 2011.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Nov. 22, 2011.

Application for Transfer
Denied Jan. 31, 2012.

James McConnell, Shelbina, MO, for Appellant.

James A. Hansen, Quincy, IL, for Respondent.

Before KURT S. ODENWALD, C.J., CLIFFORD H. AHRENS, J. and GLENN A NORTON, J.

---

1. Unless otherwise indicated, all further statutory references are to RSMo 2000.

***ORDER***

PER CURIAM.

Robert Lansing appeals the judgment in favor of Thomas P. Wehde, Sarah E. Wehde, and Thomas Schulte (collectively "Plaintiffs") on their claim for breach of contract. We find that the trial court did not err in finding Lansing breached the contract. We also find the trial court did not err in awarding Plaintiffs damages and attorney's fees.

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 84.16(b).